HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS J. BEEVERS, # 288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorney for Defendant
TOMMY WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-mj-00169-JDP |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | |
| TOMMY WALKER, | Date: November 2, 2020 |
| Defendants. | Time: 2:00 p.m. |
| | Judge: Hon. Jeremy D. Peterson |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Aaron Daniel Pennekamp, Assistant United States Attorney, attorney for Plaintiff, Heather Williams, Federal Defender, through Assistant Federal Defender Douglas J. Beevers, attorneys for Tommy Walker, that the initial appearance scheduled for October 30, 2020, at 2:00 p.m., be vacated and the matter continued to November 2, 2020, at 2:00 p.m.

The reasons for the continuance is that parties are currently negotiating a potential transfer of jurisdiction.

Mr. Walker waives his right to speedy initial appearance until November 2, 2020 and agrees to remote appearance on November 2, 2020.

///

///

///

1 | DATED: October 30, 2020

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for TOMMY WALKER

DATED: October 30, 2020

MCGREGOR W. SCOTT
United States Attorney

*/s/ Aaron Daniel Pennekamp*
AARON DANIEL PENNEKAMP
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice served by granting the requested continuance and outweigh the best interests of the public and defendants in a speedy trial.

It is further ordered the October 30, 2020 initial appearance shall be continued until November 2, 2020, at 2:00 p.m.

DATED: October 30, 2020

HON. JEREMY D. PETERSON
United States Magistrate Judge